NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANET L. SEI, | ) |
|     Plaintiff and Counterclaim Defendant, | ) Case No.04-CV-6446 |
| vs. | ) Judge Blanche M. Manning |
| UNITED STATES OF AMERICA, | ) |
|     Defendant and Counterclaim Plaintiff | ) |
| UNITED STATES OF AMERICA, | ) |
|     Defendant and Counterclaim Plaintiff, | ) |
| vs. | ) |
| KEITH A. SEI, | ) |
|     Counterclaim Defendant | ) |

**FILED**

MAY 1 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES' MOTION FOR ENTRY OF DEFAULT

The United States of America, through Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for entry of default against defendant Keith A. Sei on the grounds that he has failed to plead or otherwise defend herein. The Declaration of Heather L. Richtarcsik in Support of Motion for Entry of Default, with Exhibit 1, is attached hereto in support of this motion. A proposed

Entry of Default is also included.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        JOEL NATHAN
        Assistant United States Attorney

        */s/ Heather L. Richtarcsik*
        HEATHER L. RICHTARCSIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-2822

## CERTIFICATE OF SERVICE

I hereby certify that service of the forgoing Motion for Entry of Default has been made upon the following by depositing copies in the United States mail, postage prepaid, on this 12th day of May 2005, addressed to:

> Paul Weatherhead
> Fernholz & Ehrlich
> 10 S. LaSalle Street
> Suite 3450
> Chicago, IL 60603
>
> Keith Sei
> 2720 S. Highland Avenue
> Apt. #507
> Lombard, IL 60148

*Heather J. Richtarcsik*
HEATHER RICHTARCSIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2822